# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al.,<br>      Plaintiff(s),<br>v.<br>MGM RESORTS INTERNATIONAL, et al.,<br>      Defendant(s). | Case No.: 2:20-cv-01750-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). To the extent the parties intend to renew their request to stay discovery, such request must be filed by May 3, 2021. Otherwise, a proposed discovery plan must be filed by May 10, 2021.

IT IS SO ORDERED.

Dated: April 19, 2021

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge