LAW OFFICE OF HAYES & WELSCH
Martin L. Welsh, Esquire
Nevada Attorney (NV Bar #8720)
199 North Arroyo Grand Boulevard
Suite 200
Henderson, NV 89074
mwelsch@lvlaw.com
(702) 509-7310
Fax (702) 434-3739

Counsel for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, JEREMY GOARD, CHRISTOPHER MANLONGAT and SHAWNDREA STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30<br><br>Defendants. | **CIVIL ACTION NO. 2:20-cv-01750**<br><br><br>**ORDER GRANTING STIPULATED STAY PENDING UNITED STATES SUPREME COURT DECISION**<br><br>ECF Nos. 29, 44, 54, 55 |

Plaintiffs, Eboni D. Lucas, Jeremy Goard, Christopher Manlongat and Shawndrea Stafford and Defendants MGM Resorts International and The Internal Compensation Committee of MGM Resorts International, the Administrative Committee of MGM Resorts International have moved the Court to stay and suspend all deadlines under the Joint Discovery Plan (ECF 38) pending a decision from this court on Defendants' Motion to Dismiss and the United States Supreme Court in the case captioned *Hughes v. Northwestern University*, No. 19-1401, 141 S. Ct. 2882 (July 2, 2021) (the "*Hughes* Case"). After considering the Parties' Stipulated Motion, **[ECF No. 55] the Motion is hereby GRANTED.**

IT IS HEREBY ORDERED that **this action is STAYED for all purposes** pending the United States Supreme Court's decision in *Hughes v. Northwestern University*, No. 19-1401. Within 14 days of that ruling, the parties must meet and confer and submit a proposed Amended Joint Discovery Schedule to the Court that will include revised dates for an Amended Complaint, should Plaintiffs opt to amend, a revised deadline for a Motion to Dismiss, if necessary, and other revised scheduling dates. The parties must submit a joint motion to lift stay along with that proposed schedule.

IT IS FURTHER ORDERED that the Motion to Dismiss **[ECF No. 29] is DENIED** without prejudice to its prompt refiling after the stay is lifted, and the original motion to stay and request to supplement that motion **[ECF Nos. 44, 54] are DENIED as moot.**

DATED this 6th day of January, 2022.

BY THE COURT

_____
The Honorable Jennifer A Dorsey
United States District Court Judge

-2-