# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al.,<br>　　　　Plaintiff(s),<br>v.<br>MGM RESORTS INTERNATIONAL, et al.,<br>　　　　Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK<br>**Order** |

　　　　Pending before the Court is the parties' discovery plan and proposed scheduling order. Docket No. 60.  The Court hereby **SETS** a scheduling conference at 2:30 p.m. on February 15, 2022, in Courtroom 3C.

　　　　IT IS SO ORDERED.

　　　　Dated: February 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1