# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al., <br>     Plaintiff(s), <br> v. <br> MGM RESORTS INTERNATIONAL, et al., <br>     Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK <br><br> **Order** <br><br> [Docket No. 64] |

Pending before the Court is the parties' joint request to continue the scheduling conference and to hold it telephonically. Docket No. 64. For good cause shown, the joint request is **GRANTED**. The scheduling conference is **CONTINUED** to 2:00 p.m. on February 22, 2022. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 14, 2022

                                                                       Nancy J. Koppe <br>
                                                                       United States Magistrate Judge