# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al.,<br>    Plaintiff(s),<br>v.<br>MGM RESORTS INTERNATIONAL, et al.,<br>    Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK<br><br>**Order**<br><br>[Docket No. 85] |

Pending before the Court is Defendants' motion to strike portions of Plaintiffs' expert report prepared by Eric C. Dyson. Docket No. 85. Plaintiffs filed a response in opposition. Docket No. 90. Defendants filed a reply. Docket No. 91. The Court **SETS** a hearing on that motion for 10:00 a.m. on September 15, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: September 6, 2022

                                                                                    _____<br>
                                                                                    Nancy J. Koppe<br>
                                                                                    United States Magistrate Judge