PAUL T. TRIMMER (State Bar No. 9291)
Paul.Trimmer@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:    (702) 921-2460
Fax:    (702) 921-2461

RENÉ E. THORNE (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Ste. 1900
New Orleans, LA 70130
Tel:    (504) 208-1755

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, JEREMY GOARD, and SHAWNDREA STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINSTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30.<br><br>Defendants. | **CIVIL ACTION NO.: 2:20-cv-01750-JAD-NJK**<br><br><br>**JOINT MOTION TO CONTINUE SEPTEMBER 15, 2022 MOTION HEARING [ECF No. 95]** |

Plaintiffs Eboni D. Lucas, Jeremy Goard, and Shawndrea Stafford ("Plaintiffs"), and Defendants MGM Resorts International, the Internal Compensation Committee of the MGM Resorts International, and the Administrative Committee of MGM Resorts International ("Defendants"), by and through their attorneys of record, hereby respectfully move to continue the hearing set for September 15, 2022. ECF No. 95. In support of this motion, the parties state as follows:

-1-

1. Counsel for Plaintiffs and Defendants are not available on September 15, 2022.

2. Counsel for all parties are available on September 21 at or after 11 a.m. pacific time. This date works best for all parties.

3. Alternatively, the parties are available September 27 and October 3, 5, and 6.

4. Counsel for Plaintiffs requests to appear remotely via telephone or video conference due to travel requirements. Defendants intend to appear in-person, but Defendants have no objection to Plaintiffs' request to appear remotely.

DATED this 12th day of September, 2022.

| **CAPOZZI ADLER, P.C.** | **JACKSON LEWIS, P.C.** |
|---|---|
| /s/ *Donald R. Reavey* | /s/*Phillip C. Thompson* |
| Mark K. Gyandoh | René E. Thorne (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | Rene.Thorne@jacksonlewis.com |
| 312 Old Lancaster Road | 601 Poydras Street, Suite 1400 |
| Merion Station, PA 19066 | New Orleans, LA 70130 |
| Telephone: (610) 890-0200 | |
| Facsimile: (717) 233-4103 | Paul T. Trimmer (NV Bar #9291) |
| Email: markg@capozziadler.com | Paul.Trimmer@jacksonlewis.com |
| | Phillip C. Thompson (NV Bar #12114) |
| Donald R. Reavey, Esquire | Phillip.Thompson@jacksonlewis.com |
| (admitted *pro hac vice*) | 300 S. Fourth Street, Suite 900 |
| 2933 North Front Street | Las Vegas, NV 89101 |
| Harrisburg, PA 17110 | |
| donr@capozziadler.com | *Counsel for Defendants* |
| Tel. (717) 233-4101 | |
| Fax (717) 233-4103 | |

*Attorneys for Plaintiffs and the Proposed Class*