# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>        Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK<br><br>**Order**<br><br>[Docket No. 98] |

Pending before the Court is a stipulation to continue the hearing currently set for September 15, 2022, as well as to allow Plaintiffs' counsel to appear remotely at that hearing. Docket No. 98.

The request to continue the hearing will be granted and the hearing is **RESET** for 3:00 p.m. on September 21, 2022, in Courtroom 3C.

With respect to the request to appear remotely, no reason has been advanced in seeking that relief other than a vague reference to "travel requirements" involved with appearing in person. Docket No. 98 at 2. The instant motion involves millions of dollars in potential damages and the Court has a strong preference for counsel to appear for this hearing in person. Having been provided no meaningful reasoning to overcome that preference, this aspect of the stipulation will be denied without prejudice.

Accordingly, the stipulation to continue and to appear remotely is **GRANTED** in part and **DENIED** without prejudice in part.

IT IS SO ORDERED.

Dated: September 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1