PAUL T. TRIMMER (State Bar No. 9291)
Paul.Trimmer@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:     (702) 921-2460
Fax:    (702) 921-2461

RENÉ E. THORNE (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel:     (504) 208-1755

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30<br><br>Defendants. | Case No. 2:20-cv-01750<br><br>**UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR 26-3, and the current Scheduling Order entered in this matter (ECF No. 71), Defendants MGM Resorts International, the Internal Compensation Committee of MGM Resorts International, and the Administrative Committee of MGM Resorts International (collectively, "Defendants"), by and through their counsel of record, submit the following Unopposed Motion to Extend the Dispositive Motion Deadline by 60 days, from January 10, 2023 to March 11, 2023. Defendants have conferred with Plaintiffs regarding this request, and Plaintiffs do not oppose the motion.

This is Defendants' first request to extend the dispositive motion deadline.[1]  Defendants submit this motion based on the following:

1. Defendants filed a motion to exclude portions of Plaintiffs' expert report of Eric Dyson on November 14, 2022, which the Court denied without prejudice, instructing Defendants to file any renewed motion by November 21, 2022.  ECF Nos. 117, 119.

2. On November 21, 2022, Defendants filed a renewed motion to exclude (the "Motion to Exclude") which is currently pending.  ECF No. 120.

3. In the Motion to Exclude, Defendants requested that the Court reopen discovery for the limited purposes of (1) allowing Defendants to serve a supplemental expert report if Dyson's challenged opinions are not stricken; and (2) for Defendants to complete Dyson's deposition.  Defendants also requested a corresponding extension to the dispositive motion deadline.

4. The parties have completed all other discovery.

5. The Court's decision on the Motion to Exclude will impact the scope and timing of Defendants' summary judgment motion and set forth what additional discovery the Court may allow prior to the filing of dispositive motions.

6. In the instant motion, Defendants seek an extension of the dispositive motion deadline to provide Defendants sufficient time to prepare a motion for summary judgment after the Court decides the Motion to Exclude.

7. Accordingly, Defendants request a 60-day extension to the dispositive motion deadline, until March 11, 2023.  Plaintiffs do not oppose this request.

8. Defendants recognize that this request could be impacted by the Court's ruling on the Motion to Extend.

9. Good cause exists for the Court to grant this motion.

---

[1] The discovery deadlines were previously extended because the parties stipulated to stay this case pending the United States Supreme Court's resolution of *Hughes v. Northwestern University*, 142 S. Ct. 737 (2022).  ECF No. 55.  The Court granted the stay.  ECF No. 56.  The Court issued an amended scheduling order on March 8, 2022.  ECF No. 71.

Defendants seek this extension in good faith and not for the purpose of delay.

DATED this _____ day of December, 2022.

**JACKSON LEWIS P.C.**

*/s/ René E. Thorne*
René E. Thorne (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, LA  70130

Paul T. Trimmer (NV Bar #9291)
Paul.Trimmer@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV  89101

***Attorneys for Defendants***

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 20, 2022

4895-8672-0836, v. 1

-3-