1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  EBONI D. LUCAS, et al.,

8          Plaintiff(s),

9  v.

10  MGM RESORTS INTERNATIONAL, et al.,

11          Defendant(s).

Case No. 2:20-cv-01750-JAD-NJK

**Order**

[Docket No. 130]

12          Pending before the Court is Defendants' motion to calculate fees.  Docket No. 130.  The

13  motion does not include points and authorities, *but see* Local Rule 7-2(d), does not include

14  meaningful argument to justify the fees sought, *but see Kor Media Grp., LLC v. Green*, 294 F.R.D.

15  579, 582 n.3 (D. Nev. 2013), and does not include evidentiary support for the fees sought, *but see*

16  *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984) (explaining that "the burden is on the fee applicant

17  to produce satisfactory evidence" of the prevailing market rate); *Hensley v. Eckerhart*, 461 U.S.

18  424, 437 (1983) ("the fee applicant bears the burden of . . . documenting the appropriate hours

19  expended and hourly rates").[1]  Accordingly, the motion to calculate fees is **DENIED** without

20  prejudice.  Any renewed motion to calculate fees must be filed by February 9, 2023.

21          IT IS SO ORDERED.

22          Dated: February 7, 2023

23          _____

24          Nancy J. Koppe
            United States Magistrate Judge

25

26          [1] The motion indicates that Defendants will provide support for the fee request *in camera*
if ordered by the Court.  Docket No. 130 at 2.  No showing has been made that such information

27  is properly submitted *in camera*, as opposed to filing it on the docket.  *Cf. Garcia v. Service Emps.
Int'l Union*, 2018 WL 10730805, at *2 n.5 (D. Nev. Sept 21, 2018) (addressing disfavored status

28  of *in camera* submissions.)