PAUL T. TRIMMER (State Bar No. 9291)
Paul.Trimmer@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:     (702) 921-2460
Fax:    (702) 921-2461

RENÉ E. THORNE (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel:     (504) 208-1755

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30<br><br>Defendants. | Case No. 2:20-cv-01750<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff Eboni D. Lucas ("Plaintiff") and Defendants MGM Resorts International, the Internal Compensation Committee of the MGM Resorts International, and the Administrative Committee of MGM Resorts International ("Defendants"), by and through their attorneys of record, hereby stipulate and agree to extend the dispositive motion deadline for 30 days, until May 14, 2023.

This is the second request to extend the dispositive motion deadline.[1]  The parties submit

---

[1] The discovery deadlines were previously extended because the parties stipulated to stay this case pending the United States Supreme Court's resolution of *Hughes v. Northwestern University*, 142

this stipulation based on the following:

1. Defendants filed a motion to exclude portions of Plaintiffs' rebuttal expert report prepared by Eric Dyson or, alternatively, to reopen discovery and to award attorney fees on November 21, 2022, which the Court granted in part and denied in part. ECF No. 128.

2. In the Court's ruling, the Court set the dispositive motion deadline for April 14, 2023 and directed the parties to confer on a schedule to depose Eric Dyson and for Defendants to provide a further responsive expert report by March 15, 2023.

3. The Parties and Mr. Dyson were unable to find an available date for Mr. Dyson's deposition prior to March 15, but are able to conduct the deposition on March 30, 2023.

4. The parties seek an extension of the dispositive motion deadline to provide Defendants sufficient time to depose Eric Dyson and prepare a motion for summary judgment.

5. Accordingly, the Parties stipulate to and request a 30-day extension to the dispositive motion deadline, from April 14, 2023, until May 14, 2023.

6. Good cause exists for the Court to grant this motion.

7. The Parties seek this extension in good faith and not for the purpose of delay.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2023

---

S. Ct. 737 (2022). ECF No. 55. The Court granted the stay. ECF No. 56. The Court issued an amended scheduling order on March 8, 2022. ECF No. 71.