# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, et al., <br><br>         Plaintiff(s), <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, et al., <br><br>         Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK <br><br> **ORDER** <br><br> [Docket No. 143] |

Defendants filed under seal 160 pages of motion practice and exhibits regarding the expert report of Eric Dyson. Docket No. 117. The Court granted the motion by non-party Empower Retirement for redactions. Docket No. 140. The Court also issued an order to show cause as to any other sensitive material that may exist therein, *id.*, and non-party UBS Financial Services has filed a motion to redact in response thereto, Docket No. 143.[1] UBS Financial explains that certain information within the expert report reflects specific and highly confidential terms regarding fees, the public disclosure of which might harm its competitive standing. *See* Docket No. 143-1 at ¶¶ 3-8. For good cause shown, UBS Financial's motion to redact is **GRANTED**.

In light of this ruling and the prior order on redactions for Empower Retirement, the Court **ORDERS** Defendants to coordinate redactions with the non-parties and to file a notice on the public docket attaching Docket No. 117 and the exhibits thereto with the redactions ordered. This notice must be filed by May 30, 2023.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Defendants "do not seek to have any information from the expert reports sealed or redacted, but have no objection to any such request by any non-party." Docket No. 141 at 2.

1