PAUL T. TRIMMER (State Bar No. 9291)
Paul.Trimmer@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:     (702) 921-2460
Fax:    (702) 921-2461

RENÉ E. THORNE (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel:     (504) 208-1755

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30<br><br>Defendants. | Case No. 2:20-cv-01750<br><br>**MOTION TO EXTEND DEADLINE TO FILE NOTICE OF REDACTIONS** |

Pursuant to LR IA 6-1, Defendants MGM Resorts International, the Internal Compensation Committee of MGM Resorts International, and the Administrative Committee of MGM Resorts International (collectively, "Defendants"), by and through their counsel of record, submit the following Motion to Extend the Deadline to File Notice of Redactions by three days, from May 30, 2023 to June 2, 2023.  This is Defendants' first request to extend the deadline.

On May 23, 2023, the Court ordered Defendants to coordinate redactions with non-parties Empower Retirement and UBS Financial, and to file a notice on the public docket attaching Docket No. 117 and the exhibits thereto, with the redactions ordered, by May 30, 2023.  ECF No. 152.

Based on the non-parties' prior filings, Defendants prepared proposed redactions and provided the redactions to the non-parties for their review. Defendant has successfully coordinated redactions with non-party UBS Financial Services. As of May 30, 2023, Empower Retirement has not provided its response to the proposed redactions. Accordingly, Defendants request a short extension to coordinate with Empower as required by the Court prior to filing the redacted documents. Good cause exists for the Court to grant this motion, and Defendants seek this extension in good faith and not for the purpose of delay.

DATED this 30 day of May, 2023.

**JACKSON LEWIS P.C.**

*/s/ Phillip C. Thompson*
René E. Thorne (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, LA  70130

Paul T. Trimmer (NV Bar #9291)
Paul.Trimmer@jacksonlewis.com
Phillip C. Thompson (NV Bar #12114)
Phillip.Thompson@jacksonlewis.com
300 S. Fourth Street, Suite 900
Las Vegas, NV  89101

***Attorneys for Defendants***

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 31, 2023
4895-8672-0836, v. 1