1  STACEY M. GARRETT, NVSB No. 5077
2  stacey.garrett@kyl.com
   KEESAL, YOUNG & LOGAN
3  A Professional Corporation
   400 Oceangate, Suite 1400
4  Long Beach, California  90802
   Telephone:      (562) 436-2000
5  Facsimile:      (562) 436-7416

6  KURT A. FRANKE, NVSB No. 4102
7  lokaf@hotmail.com
   LAW OFFICES OF KURT A. FRANKE
8  575 Mill Street
   Reno, Nevada  89502
9  Telephone:      (775) 827-6000
   Facsimile:      (775) 786-1116
10

11 Attorneys for Non-Party
   UBS FINANCIAL SERVICES, INC.
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, JEREMY GOARD, CHRISTOPHER MANLONGAT, and SHAWNDREA STAFFORD, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-01750-JAD-NJK |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL FOR NON-PARTY UBS FINANCIAL SERVICES, INC.** |
| vs. | |
| MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30, | |
| Defendants. | |

- 1 -

KYL4872-6040-9009.1

**PLEASE TAKE NOTICE** that Non-Party UBS Financial Services, Inc. ("UBS") is no longer involved in this action. Accordingly, counsel for UBS, Stacey M. Garrett and Kurt A. Franke, should be removed from the Court and parties' service lists.

DATED: March 25, 2024

/s/ Stacey M. Garrett
STACEY M. GARRETT
KEESAL, YOUNG & LOGAN

KURT A. FRANKE
LAW OFFICES OF KURT A. FRANKE

Attorneys for Non-Party
UBS FINANCIAL SERVICES, INC.

IT IS SO ORDERED.
Dated: March 24, 2024
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge