# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EBONY LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK<br><br>**Order** |

Pending before the Court is a stipulation to continue the settlement conference, Docket No. 175, which is **GRANTED**. The settlement conference is hereby **CONTINUED** to 10:00 a.m. on June 6, 2024. Settlement statements must be submitted by 3:00 p.m. on May 30, 2024.

The Court also notes that the stipulation references a "minute order" setting the settlement conference. Docket No. 175 at 1. To be perfectly clear, that settlement conference was set through the issuance of a <u>detailed order</u> establishing various requirements for the settlement conference and settlement statement. Docket No. 173. Counsel must ensure that they read that order in its entirety to ensure compliance.

IT IS SO ORDERED.

Dated: March 27, 2024

_____
Nancy J. Koppe
United States Magistrate Judge