# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EBONY LUCAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-01750-JAD-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference is hereby **CONTINUED** to 10:00 a.m. on June 24, 2024.

IT IS SO ORDERED.

Dated: May 29, 2024

                                                                                  _____
                                                                                  Nancy J. Koppe
                                                                                  United States Magistrate Judge

1