PAUL T. TRIMMER (State Bar No. 9291)
Paul.Trimmer@jacksonlewis.com
PHILLIP C. THOMPSON (State Bar No. 12114)
Phillip.Thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel:    (702) 921-2460
Fax:    (702) 921-2461

RENÉ E. THORNE (admitted *pro hac vice*)
Rene.Thorne@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Ste. 1400
New Orleans, LA 70130
Tel:    (504) 208-1755

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EBONI D. LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE INTERNAL COMPENSATION COMMITTEE OF MGM RESORTS INTERNATIONAL, THE ADMINISTRATIVE COMMITTEE OF MGM RESORTS INTERNATIONAL, and JOHN DOES 1-30<br><br>Defendants. | **CIVIL ACTION NO. 2:20-cv-01750**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff, Eboni D. Lucas, and Defendants, MGM Resorts International ("MGM Resorts"), the Internal Compensation Committee of MGM Resorts International, the Administrative Committee of MGM Resorts International (the "Committee"), (collectively, "MGM") hereby stipulate and agree as follows:

    1.    On May 29, 2024, the Judge Koppe issued an Order (ECF No. 178) in which the Court set a settlement conference for June 24, 2024 at 10:00 a.m.

    2.    The Parties respectfully request that the Court continue the settlement conference because both defense counsel and MGM's in house counsel have a conflict on June 24.

3. Accordingly, the parties respectfully request that the Court reset the hearing for a date during the on July 10, 2024 if that date is available on the Court's calendar.

DATED June 5, 2024.

| | |
|---|---|
| **CAPOZZI ADLER, P.C.** | **JACKSON LEWIS P.C.** |
| /s/ *Mark K. Gyandoh* | */s/ René E. Thorne* |
| Mark K. Gyandoh (admitted *pro hac vice*) | René E. Thorne (admitted *pro hac vice*) |
| 312 Old Lancaster Road | Rene.Thorne@jacksonlewis.com |
| Merion Station, PA 19066 | 601 Poydras Street, Suite 1400 |
| Telephone: (610) 890-0200 | New Orleans, LA  70130 |
| Facsimile: (717) 233-4103 | |
| Email: markg@capozziadler.com | Paul T. Trimmer (NV Bar #9291) |
| | Paul.Trimmer@jacksonlewis.com |
| Donald R. Reavey (admitted *pro hac vice*) | Phillip C. Thompson (NV Bar #122114) |
| 2933 North Front Street | Phillip.Thompson@jacksonlewis.com |
| Harrisburg, PA 17110 | 300 S. Fourth Street, Suite 900 |
| donr@capozziadler.com | Las Vegas, NV  89101 |
| Tel. (717) 233-4101 | |
| Fax (717) 233-4103 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## **ORDER**

IT IS SO ORDERED.  The Settlement Conference currently scheduled for June 24, 2024 shall be continued and reset for July 10, 2024 , at 10:00 a.m.

_____
U.S. MAGISTRATE JUDGE

June 6, 2024
DATE

4854-5294-2021, v. 1