AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Eboni D Lucas

    Plaintiff,

v.

MGM Resorts International et al

    Defendants,

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01750-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendants and against Plaintiff. Case Closed.

12/11/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ CAH  
Deputy Clerk